IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBBIE DOWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:19-cv-00105 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| DAVID BERNHARDT, Acting Director, ) | |
| Department of the Interior, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 50), to which no objections have been timely filed.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at * 2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, Case No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a *de novo* or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, Case No. 3:18-cv-0010, 2018 WL 6322332, at * 3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 39) is **DENIED**.

As noted by the United States on February 14, 2019 (Doc. No. 11), David Bernhardt became the Acting Secretary of the U.S. Department of the Interior on January 2, 2019. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, David Bernhardt, should, therefore, be substituted for Ryan K. Zinke as the Defendant in this case. The Clerk is directed to make this change on the docket sheet.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE